**Order entered March 20, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01181-CV

**JAMES H. GENTRY, Appellant**

**V.**

**BENJAMIN N. SMITH, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-03888-2018**

## ORDER

Before the Court is appellant's March 19, 2019 motion for extension of time to file reply

brief. We **GRANT** the motion and **ORDER** the brief be filed no later than April 15, 2019.

/s/     KEN MOLBERG
        JUSTICE